Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
### for the
### District of **Vermont**

### Civil Division

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td>Case No. 2:23-CV-167</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>__Robert Lafayette, BNF JLL__</td><td>)</td><td><i>(to be filled in by the Clerk's Office)</i></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td><i>(Write the full name of each plaintiff who is filing this complaint.</i></td><td>)</td><td></td></tr>
<tr><td><i>If the names of all the plaintiffs cannot fit in the space above,</i></td><td>)</td><td></td></tr>
<tr><td><i>please write "see attached" in the space and attach an additional</i></td><td>)</td><td></td></tr>
<tr><td><i>page with the full list of names.)</i></td><td>)</td><td></td></tr>
<tr><td>-v-</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>__Burlington School District, Blueprint Basketball,__</td><td>)</td><td></td></tr>
<tr><td>__Joseph McNeil, Tom Nuovo__</td><td>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
<tr><td><i>(Write the full name of each defendant who is being sued. If the</i></td><td>)</td><td></td></tr>
<tr><td><i>names of all the defendants cannot fit in the space above, please</i></td><td>)</td><td></td></tr>
<tr><td><i>write "see attached" in the space and attach an additional page</i></td><td>)</td><td></td></tr>
<tr><td><i>with the full list of names.)</i></td><td></td><td></td></tr>
</table>

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Robert Lafayette |
| Street Address | 12 Monroe Street, Unit 2 |
| City and County | Burlington, Chittenden County |
| State and Zip Code | Vermont 05401 |
| Telephone Number | 802-238-9219 |
| E-mail Address | bob@allytechvt.com |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Burlington School District |
| Job or Title *(if known)* | |
| Street Address | 150 Colchester Avenue |
| City and County | Burlington, Chittenden County |
| State and Zip Code | Vermont 05401 |
| Telephone Number | 802-865-5332 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Blueprint Basketball LLC |
| Job or Title *(if known)* | |
| Street Address | 31 Dunbar Drive |
| City and County | Essex Junction, Chittenden County |
| State and Zip Code | Vermont 05452 |
| Telephone Number | 802-777-9798 |
| E-mail Address *(if known)* | blueprintbasketballvt@gmail.com |

Defendant No. 3

| | |
|---|---|
| Name | Joseph McNeil |
| Job or Title *(if known)* | |
| Street Address | 150 Colchester Drive |
| City and County | Burlington, Chittenden County |
| State and Zip Code | Vermont, 05401 |
| Telephone Number | 802-865-5332 |
| E-mail Address *(if known)* | jmcneil@mcneilvt.com |

Defendant No. 4

| | |
|---|---|
| Name | Tom Nuovo |
| Job or Title *(if known)* | |
| Street Address | 401 Watertower Circle #101 |
| City and County | Colchester, Chittenden County |
| State and Zip Code | Vermont 05446 |
| Telephone Number | 802-865-5538 |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

E-mail Address *(if known)*      tnuovo@vtlawoffices.com

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Individuals with Disabilties Education Act, Section 504 Rehabiliattion Act of 1973, Americans with Disabilities Act, Title VI of the Civil Rights Act of 1964, No Child Left Behind Act Boys Scouts of America Equal Access, 14th Ammendment

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ . and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

the State of *(name)* _____. Or is a citizen of

*(foreign nation)* _____ .

b.   If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy   **$230,000**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
1. There exists 11 counts of violation of the Boys Scouts of America Equal Access.
2. There exists compensatory damages from eight hospitalizations.
3. There exists 1 Count of each of the forementioned federal statues violated which in total alone exceed $75,000 in jury verdict potential notwithstanding punitive damages the court may see fit.
4. The loss opportunity disruption will cost studentprojected $60k per year with two years required.

III.   **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?
1. Burlington, Vermont - Blueprint Basketball, BJ Robertson Head Coach for Burlington School District disseminated an electronic public statement which disclosed Plaintiffs health and encouraged  and secured discrimination of JLL by disability association. The harm disrupted JLL matricultion to Christ the King where he was to reclass. Cost to reclass now is. approx 60k per year with required two years of attendance.

2. Burlington, Vermont the Burlington School District provides Basketball clubs whose directors are non-white free gym time while charging Plaintiff,  who is white, director of patriotic youth group HooperIndex $75 per hour.The district cites value to community. The clubs charge Burlingtonians excessive fees and cancel practice routinely.The district at a minimum is applying different rates to different youth groups.

B.   What date and approximate time did the events giving rise to your claim(s) occur?

Ongoing, June 9th 2022

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

_____

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?*
        *Was anyone else involved? Who else saw what happened?)*

1. Burlington School District refusal to apply the same uniform rate to access a facility with a basketball hoop to youth groups.
2. Joseph McNeil the attorney for both BSD and a club who is receiving preferential treatment from BSD has colluded amongst parties to violate Plaintiffs rights.
3. Tom Nuovo conspired and continues to colluede and direct the illegal discrimination by disability association of JLL to Blueprint.
4. Blueprint dissemented a public statement electronically which resulted in JLL being removed from a second club and thereafter loss of continutity of education plans to reclassify.

_____

IV.     **Irreparable Injury**

        Explain why monetary damages at a later time would not adequately compensate you for the injuries you
        sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation
        could not be measured.

In America across the country only 3% of athletes whom play basketball will play in college. To state that everyday counts would be an understatement. Exceptional student athletes will maintain honors GPA, be acutely aware of diet, have proper sleep hygeine and dedicated skill development routines have a chance. As it stands, JLL is that student athlete. Yet due to malfeasance his education plans were disruptive forcing him to compete as the youngest player in varsity division 1 in VT 2022 instead of relcassing due to age at Christ the King as planned. JLL maintains honors and volunteers endless hours with the younger classes.

No Child Left Behind Act 2001 Boys Scouts of America Equal Access requires that the school district provide equal access, equal benefit to all patriotic youth groups. hooperindex.com - a covered youth group which provides free training t youth during their finite junior and high school years is being blocked from realizing the equal playing field afforded by the act. Every day that passes is another day that cannot ever be made up for JLL and other members of hooperindex.com. The value trade proposition of education for skills in college cannot be measured.

V.      **Relief**

        State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal
        arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include
        the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any
        punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
        punitive money damages.

Injunctive relief ordering Burlington School District to provide Hooper Index dot com, Plaintiffs free training basketball club, the same rate to access facilities as other basketball clubs. With the district merely following the law we can makeup for lost time with training if acted upon in the immediate.
Else, we are entitled to punitive damages for each of the said violations of federal law as well as infliction for emotional distress intentional or negligent resulting in 8 hospitalizations as wel as tution for JLL to resume his education plan prior to the fateful June 9th 2022 day.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**$230,000.00**

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       7/1/2023

Signature of Plaintiff

Printed Name of Plaintiff       Robert Louis Lafayette

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

E-mail Address        _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction