# UNITED STATES DISTRICT COURT

for the
District of Vermont

| | |
|---|---|
| Robert Lafayette | ) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.   2:23-cv-00167 |
| Byron Robertson, Cara Caswell, Thomas Nuovo, and Blueprint Basketball LLC | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## JUDGMENT IN A CIVIL ACTION

☐   **Jury Verdict.**

☑   **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Document No. 5) filed September 14, 2023, Plaintiff's Amended Complaint (Document No. 4) is DISMISSED without prejudice for lack of subject matter jurisdiction. This case is DISMISSED without prejudice.

The court hereby certifies that under 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith.

Date:   September 18, 2023

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   9/18/2023

*/s/ Sharrah J. LeClair*

*Signature of Clerk or Deputy Clerk*